IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| STEVEN JEFFERIES | : | CIVIL ACTION |
|---|---|---|
| vs. | : | NO. 17-2346 |
| JEFFERSON B. SESSIONS, III, *et al* | : | |

## ORDER

AND NOW, this 3rd day of October 2017, upon considering Defendants' Motion to dismiss (ECF Doc. No. 4), Plaintiff's Response (ECF Doc. No. 7), Defendants' Reply (ECF Doc. No. 8), oral argument, Defendants' Supplemental Brief (ECF Doc. No. 14), and for reasons in the accompanying Memorandum, it is **ORDERED** Defendants' Motion to dismiss (ECF Doc. No. 4) is **GRANTED.**

The Clerk of Court shall **close** this case.

KEARNEY, J.